**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

Alexandria Division

| | |
|---|---|
| TRIVERITY CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-391 |
| ) | |
| ) | |
| WILLIAM J. MCDERMID, and ) | |
| ADAPTIVE SYSTEMS, INC., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Plaintiff's Motion to Dismiss is GRANTED as to Counterclaim Counts II, III, IV and V, but DENIED as to Counterclaim Counts I and VI, Plaintiff's Motion to Strike is GRANTED as to Defendants' second, seventh, and fifteenth defenses, but DENIED as to Defendants' fifth and eighth defenses, and Defendants shall have fourteen (14) days to file an Amended Answer.

/s/

_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
July 8, 2005